AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Montana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JEREMIAH STARR | ) | MJ-25-6 -M-KLD |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2022 to present _____ in the county of _____ Flathead _____ in the

_____ District of _____ Montana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A | Cyberstalking |
| 18 U.S.C. § 875 | Interstate Threat |

This criminal complaint is based on these facts:

As stated in the attached Affidavit in Support of the Criminal Complaint, which is incorporated herein.

☑ Continued on the attached sheet.

_/S/ Thomas Brennan_
_Complainant's signature_

Thomas Brennan, FBI Special Agent
_Printed name and title_

pursuant to Fed. R. Crim. P. 4.1

Sworn to ~~before me and signed in my presence~~.

Date: _Feb 10, 2025_

_Judge's signature_

City and state: _Missoula MT_

Hon. Kathleen L. DeSoto
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | MJ 25- _6_ -M-KLD |
|---|---|
| Plaintiff, | **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT** |
| vs. | **CYBERSTALKING (Count 1) Title 18 U.S.C. § 2261A** (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |
| JEREMIAH STARR, | **INTERSTATE THREAT (Count 2) Title 18 U.S.C. § 875** (Penalty: Five years of imprisonment, $250,000 fine, and three years of supervised release) |
| Defendant. | |

The undersigned, Tom Brennan, affiant being duly sworn states:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since March 2018.  I served as a Special Agent with the FBI in the Salt Lake Division, Lewiston Resident Agency, until September 2022.  During this time, I was statutorily charged with investigating federal criminal violations, including federal crimes committed on Indian Reservations under special jurisdiction of the United States Government.  I transferred in

September 2022, and I am currently assigned to the FBI Bozeman Resident

Agency investigating cyber criminal activity as a member of the FBI's Salt Lake

City Cyber Task Force. Prior to joining the FBI, I served as a U.S. Department of

State Diplomatic Security Service Special Agent for four years and an Assistant to

the Director of Policy & Planning at the NYPD Counterterrorism Bureau for two

years. As a Federal Agent, I am authorized to investigate violations of laws of the

United States and to execute warrants issued under the authority of the United

States.

2.      During my career with the FBI, I have been an investigative case

agent involving federal law violations including kidnapping, assault, assault on a

federal officer, firearms offenses, sexual assault, murder, child abuse, domestic

violence, sale and distribution of illegal narcotics, identify theft, passport fraud,

visa fraud, computer intrusion, cryptocurrency, and cyberstalking. In the course of

these investigations, I have obtained and executed search warrants and arrest

warrants, conducted surveillance, interviews, and employed consensually

monitored confidential informants.

3.      As a Special Agent of the FBI, I have had training and experience

dealing with multiple criminal investigations involving the sale and distribution of

illegal narcotics. From these investigations, I have had training and experience

dealing with multiple criminal investigations involving the use of investigative

methods related to electronic, computer, and Internet-based crimes. I have participated in training related to electronic-based crimes and investigative techniques. I am familiar with and have participated in the normal methods of investigation, including but not limited to, the general questioning of witnesses and suspects, the review of phone and computer records, physical surveillance, and the detection and collection of evidence. I have participated in investigations involving electronic evidence, emails, text messages, and the Internet.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

5.      In August 2022, ▮▮▮▮▮▮, a pre-school teacher in Big Fork, Montana, filed a complaint with the Internet Crimes Complaint Center (www.IC3.gov) regarding a computer intrusion of her pre-school website and continued online harassment. In the spring of 2023, your affiant reviewed these complaints and opened an investigation. Your Affiant learned that ▮▮▮▮ fell victim to an internet scam that involved sending photographs of herself to an individual known as VERONICA, who claimed to be helping educate young women about the body changes associated with pregnancy. Shortly afterwards,

VERONICA notified ▮▮▮ that VERONICA's email, cloud data, and other information had been compromised and released to the public. In addition to ▮▮▮'s cell phone number and home address, ▮▮▮ learned that ▮▮▮'s photographs were displayed and altered on numerous pornographic websites. Parents at ▮▮▮'s pre-school, Curious Cubs Pre-School, were contacted by another individual online inquiring if they were aware of ▮▮▮'s lifestyle choices.

6.      At first, ▮▮▮ attempted to learn more about the individuals responsible for compromising ▮▮▮'s identity. During these online interactions, ▮▮▮ learned that unknown persons were interested in, "sexually assaulting me at my work by pulling my shirt and bra off, while recording it on video, filling my uterus with various things to severely distend my belly, and other very disturbing things." ▮▮▮ also located photoshopped images of herself on the websites www.preggophilia.com and www.deviantart.com/CleavageBoob depicting ▮▮▮ in dozens of photos portrayed as naked, having sex, or heavily pregnant.

7.      On October 22, 2022, ▮▮▮ filed a second complaint with the IC3 database regarding an internet ransom email received by ▮▮▮ through one of her email accounts. The ransom email concerned ▮▮▮'s Curious Cubs pre-school website. The email stated that if ▮▮▮ did not listen to the bad actor's terms and conditions, the bad actors would post a modified version of the Curious

4

Cubs pre-school website. Additionally, the email stated, "if you contact anyone regarding this email, it will be known and the modified version of your website published without option for negotiation." Later that day, ▇▇▇▇ reported that the modified version of the website was hacked and replaced with explicit photos of ▇▇▇▇.

8.    In the spring of 2023, after your Affiant became aware of the ongoing harassment against ▇▇▇▇, the FBI submitted legal process to obtain additional information regarding the telephone numbers contacting ▇▇▇▇. These numbers returned as Voice Over Internet Protocol, commonly referred to as VOiP numbers, which your Affiant is aware are very difficult to trace to an individual user and are used by individuals attempting to obfuscate their identity from victim and law enforcement detection.

9.    In late November of 2023, FBI Special Agent Trevor Hare and your Affiant interviewed ▇▇▇▇ and her husband, ▇▇▇▇, at the FBI office in Kalispell, MT. During the interview, your Affiant learned that due to the ongoing online harassment, ▇▇▇▇ changed phones and computers multiple times. Over the course of many months, ▇▇▇▇ received multiple explicit text messages containing sexual material and images. ▇▇▇▇ could not think of a reason why any individual would continue to send ▇▇▇▇ explicit images, as ▇▇▇▇ was not offered any request for ransom money or any indication

individuals were trying to commit blackmail. Despite minimization of ▆▆▆'s digital footprint, these individuals continued to contact ▆▆▆.

10. ▆▆▆ explained that while the harassment had been ongoing for approximately one and a half years, the Curious Cubs Pre-School website was taken down shortly after ▆▆▆ stopped communicating with VERONICA, who at the time was offering to help ▆▆▆ clean up her information security. ▆▆▆ also told your Affiant that a good friend of ▆▆▆'s, Jeremiah STARR, was helping ▆▆▆ identify who was conducting the online harassment.

11. In January 2024, your Affiant interviewed ▆▆▆'s friend, Jeremiah STARR, who CHLOE reported was helping ▆▆▆ to identify the people responsible for harassing ▆▆▆. Your Affiant called STARR at the telephone number 1-406-540-2200, hereinafter referred to as SUBJECT ACCOUNT 1. The interview was conducted via a telephone call. STARR told your Affiant that STARR had a history of being stalked when STARR was a child and that STARR grew close to ▆▆▆ when they began working at a pizza restaurant together prior to ▆▆▆ and her husband, KAMRON, becoming engaged and married. STARR became aware of ▆▆▆'s online harassment when STARR overheard ▆▆▆ telling another coworker about ▆▆▆'s website being taken down and with STARR's own experience as a stalking victim, STARR felt compelled to help.

12.     STARR attempted to help ███████ by using a Tor exit node to review pornography on Flicker, Deviant Art, Facebook, Preggofilia, and then reporting the abusive material to the hosting site.  Your Affiant is aware that the use of a Tor exit node is a sophisticated technique not typically used by the casual internet user. STARR reported that STARR also learned to use the Russian software, Yandex, to conduct reverse image lookups of ███████ on the internet.  STARR believed there was satanic imagery involved with the bad actors, which STARR believed was due to ███████'s Christian identity.  STARR told your Affiant that he found it very traumatic to be pulled into viewing sexually explicit images, which STARR had avoided looking at for most of STARR's life.  At one point, STARR reported sending a text message to ███████ and subsequently receiving a message from an unknown number that stated, "*Whoever you are lay off or it will be worse for her.*"

13.     During this interview, STARR also detailed an incident where Flathead County deputies responded to STARR's residence after STARR fired multiple pistol rounds through STARR's own front door when STARR thought someone was trying to break down his door.  This incident was preceded the day before by an unknown individual placing a women's lace bra on STARR's doorknob, to which STARR kept for evidence in STARR's bathroom.

14.     During the summer of 2023, STARR reported that STARR and ███████ were both into healthy lifestyles, so they began cold plunging together in

7

Flathead Lake.  STARR noted that after one instance of cold plunging, ████

received an image of a pregnant woman in a cold, snowy lake.

15.    In February 2024, the FBI interviewed STARR for a second time at

STARR's residence: 8585 State Highway 35, Bigfork, MT.  This interview was

arranged by an FBI Task Force Officer, who coordinated the meeting by calling

STARR at SUBJECT ACCOUNT 1.  STARR told investigators that STARR

believed ████'s electronic devices were infected by a Pegasus malware, which

STARR explained would infect a device if the device was within a certain

proximity.  STARR told investigators that STARR had vast knowledge of

computers, the internet, and digital photo editing software and that STARR was a

professional photographer, drone pilot, and graphic designer.  STARR believed the

bad actors gained access to images on STARR's Adobe light room photo editing

software because STARR was storing images of ████ in his photo journal that

STARR located on chatrooms while searching in the middle of the night.  STARR

stated that his Apple account and email address was:

vikingwoodwarrior@icloud.com.

16.    During this investigation, ████ also provided your Affiant with

two screenshots of images from the Curious Cubs Pre-School website after it was

compromised in October of 2022.  The images depicted various pregnant women

in naked poses, however, in the images, the women's breasts and groin areas are

blacked out. ▮▮▮ told your Affiant that STARR edited the images before providing them to ▮▮▮ out of respect for ▮▮▮'s modesty.

17.     In March 2024, ▮▮▮ provided consent for the FBI to make a duplicate copy of her cellular phone.  After review, the data located on the phone is consistent with ▮▮▮'s reporting of harassment.  Of note, no malicious back-end software was located.

18.     On July 1, 2024, your Affiant swore to and was granted a search warrant by U.S. Magistrate Judge Kathleen L. DeSoto for STARR's Apple iCloud account, vikingwoodwarrior@icloud.com (*See* MJ-24-35-M-DLC).  During the FBI's review of Apple's search warrant return, your Affiant learned that STARR's iCloud account was largely devoid of any substantive information.  Your Affiant knows from review of a photograph of STARR's cellular phone taken during STARR's interview with an FBI TFO in February 2024 that STARR's iPhone capacity is 64 GB, but only had 25.9 GB of free space remaining.  In your Affiant's training and experience, the ongoing deletion or minimization of stored data in an iCloud account can be indicative of an individual attempting to mask or hide their historical activity from law enforcement.

19.     Over the course of the investigation, your Affiant determined via analysis of legal process returns that STARR was actively threatening and stalking ▮▮▮, despite telling investigators and ▮▮▮ that he was trying to help.

9

Notably, many of the subpoenas your Affiant served were for Voice Over Internet Protocol (VOIP) telephone numbers, or, results and analysis of other legal process indicated the consistent use of Virtual Private Network (VPN) Internet Protocol (IP) addresses, which resulted in no results beneficial to the investigation or leads to pursue. For these calls, altered pictures, and threatening messages received by ███████, the FBI is unable at this time to determine the individual behind the accounts. It is also likely that, in addition to STARR, there are others across the internet who obtained ███████'s information due to it being posted on the internet. However, as the following data will show, the FBI located a mistake made by the individual continuing to stalk and harass ███████ during their attempts to obfuscate their identity. This mistake led to the discovery that STARR is the individual responsible for stalking and threatening ███████.

20.     On May 29, 2024, your Affiant served a grand jury subpoena to Deviant Art, a pornographic website containing multiple profiles for ███████'s identity, to include where she worked, lived, and went to church (GJ-23-M-155). The return included two profiles. The first was for CleavageBoob, which was established on 10/25/2019. The second was for ███████████, which was established on 11/06/2022, and then changed to ███████████ on 11/11/2022. Your Affiant is aware that ███████ is ███████'s maiden name. Out of the dozens of access IP addresses provided from Deviant Art for these two

profiles, the IP 63.235.138.21 originated to Montana, USA, on 10/20/2021, at 15:38:39. This IP log time stamp occurred approximately one year prior to the hack of the ▮▮▮▮'s Curious Cubs Pre-School website.

21.     On June 13, 2024, your Affiant served a grand jury subpoena to Lumen Technologies (Century Link) for the IP 63.235.138.21 provided by Deviant Art that originated to Montana, USA (GJ-23-M-166). The return indicated that this IP was seen on 10/20/2021, and was associated with the Bigfork Harvest Grocery Store in Bigfork, MT. This location is located three minutes down the road from Rosa's Pizza, where ▮▮▮▮ and STARR both worked and where they initially met prior to ▮▮▮▮ getting engaged and married to her now husband.

22.     On November 5, 2024, your Affiant served a grand jury subpoena on Verizon Wireless for STAR's cellular telephone account (GJ-24-M-057), or SUBJECT ACCOUNT 1. The return indicates that SUBJECT ACCOUNT 1, the same number your Affiant used to call STARR for an interview with the FBI, contained registrant first name of "J," registrant last name of "S," registrant address of 8585 State Highway 35, Bigfork, MT, and that the account was established in January 2023. STARR's first name is Jeremiah.

23.     On December 4, 2024, your Affiant executed a search warrant for STAR's Adobe Photoshop account (MJ-24-80-M-KLD). The review of the Adobe return lacked any substantive information or content other than STARR's full

11

name, STARR's birth month and year, and his Verizon telephone number, SUBJECT ACCOUNT 1. Notably, the return showed that the Adobe account held a Creative Cloud Photography Plan, which includes a service called Lightroom. During STARR's interview with FBI TFO's in February 2024, STARR stated that he believed images of ▮▮▮▮▮ were taken from his Lightroom account and posted to the internet. The Creative Cloud Photography Plan was ordered in February 2023, one month after the establishment of STARR's Verizon cellular account.

24.     From August 2024 to January 2025, your Affiant served a series of grand jury subpoenas to Ad Hoc Labs, Inc., which your Affiant learned operated a mobile telephone application called Burner. The returns for these subpoenas all showed that a series of telephone numbers who contacted ▮▮▮▮▮ with threatening or sexual text messages and photographs were associated with a single Burner user ID carrying the identifier "**a506898b-cd8c-4b99-b256-8b4eb0faeffa**," or SUBJECT USER ID**,** and a single telephone number, **406-540-2200,** or SUBJECT ACCOUNT 1. Your Affiant spoke to the Chief Legal Counsel for Ad Hoc Labs, Inc., and learned that when establishing a Burner account, a user must provide a telephone number to receive security code text messages with which to login and authenticate the account. Your Affiant knows from this investigation that SUBJECT ACCOUNT 1 is a telephone number belonging to STARR. The SUBJECT USER ID was established in February 2023 using SUBJECT

ACCOUNT 1, approximately one month after the establishment of STARR's

Verizon account.

25. The following data set shows the grand jury subpoena number, the

telephone number used to contact ███████, the account activation/deactivation

time stamps, and a description of the photograph or verbatim messages received by

███████ on the noted date. All of the numbers identified in the second column,

"Number," were established by and are linked to SUBJECT ACCOUNT 1.

| Tied to Subject Account 1 or Subject User ID | | | |
|---|---|---|---|
| Grand Jury Subpoena | Number | Activated / Deactivated | Date of Contact with CHLOE and Content of Message |
| GJ-24-M-027 | 1-916-398-3831 | 09/29/2023 @ 2:09 UTC / 10/02/2023 @ 15:05 UTC | 10/02/2023 Pictures of a sexual/threatening nature received by ███████—no screenshots or content available at this time. |
| GJ-2023r00506-3 | 1-602-835-6211 | 04/01/2024 @ 1:42 UTC / 04/01/2024 @ 16:00 UTC | 03/31/2024 @ 19:45 MST (04/01/2025 @ 1:45 UTC) Message and picture (penis with silver spoon and ejaculatory fluid) received by ███████, *"Happy Easter Babe. We have a LOT of stuff to fill your eggs up with…A fresh sample is better than from the buckets or the pump."* 04/01/2024 @ 10:00 MST (04/01/2024 @ 16:00 UTC) ███████ provided FBI with message allegedly received by STARR, |

| | | | *"Ready for the mass Easter Egg hunt inside your friend?"* |
|---|---|---|---|
| GJ-2023r00506-3 | 1-406-316-0171 | 05/10/2024 @ 8:02 UTC / 06/24/2024 @ 20:15 UTC | 06/24/2024 @ 14:08 - 14:14 MST (06/24/2024 @ 20:14 UTC)<br><br>Message received by ▮▮▮▮, *"hey baby, thought you'd like a status update. You hit #1 trending on 3 platforms for the first time within a 4 day period, uncommon around here so congrats. Getting harder to tell which options for you would make more money. Seems you're a winner in more than one "sport"... Sorry about your friend. Guess guys have to be fucked in other ways since they ain't got the physical parts worth doing it to. Nice talking to you baby, hope your next orgasm goes well, keep being stupid alright? Makes our job easier... Oh almost forgot, your friend veronica isn't with us anymore. Our condolences, we know you were close. Lots to be sorry for baby."* |

26. Your Affiant is aware that "Veronica," identified in the chart above and in paragraph 8 is a reference to the woman who initially defrauded ▮▮▮▮ at the beginning of the scheme to corrupt ▮▮▮▮'s pre-school website and assist with the recovery of ▮▮▮▮'s manipulated photographs. Additionally, identified in the above chart, the number references that ▮▮▮▮ was in another "sport." In a subsequent interview with ▮▮▮▮ at the FBI office in Kalispell, your Affiant

learned that ▮▮▮▮ recently participated in a martial arts competition, which

included the gym posting photographs on a public Facebook page.

| Tied to Subject Account 1 or Subject User ID | | | |
|---|---|---|---|
| Grand Jury Subpoena | Number | Activated / Deactivated | Date of Contact with CHLOE and Content of Message |
| GJ-24-M-085 | 1-406-213-4803 | 10/7/2024 @ 4:27 UTC / 10/15/2024 @ 19:34 UTC | 10/14/2024 @ 14:08 MST (10/14/2024 @ 20:08 UTC) <br><br> Message and picture (group of pregnant women in bikinis) received by ▮▮▮▮: *"See ▮▮▮▮ they're all happy. It's not like it'll kill you. Especially not your body"* |

27.     Your Affiant is aware that during a follow-up interview with ▮▮▮▮

in October 2024, ▮▮▮▮ told the FBI that she was present with STARR when she

received the above message on October 14, 2024.  During the FBI's line of

questioning to ▮▮▮▮ about STARR, CHLOE stated it could not be STARR

given that STARR was with her when she received the above message.

28.     On January 6, 2024, ▮▮▮▮ received the below text message:

| Tied to Subject Account 1 or Subject User ID | | | |
|---|---|---|---|
| Grand Jury Subpoena | Number | Activated / Deactivated | Date of Contact with CHLOE and Content of Message |
| GJ-2023r00506-2 | 1-540-559-1425 | 01/02/2025 @ 21:50 UTC / 01/07/2025 @ 0:21 UTC (Note Daylight Savings Time | 01/06/2024 @ 16:53 MST (01/06/2024 @ 23:53 UTC) <br><br> Message received by ▮▮▮▮ *"Hey bitch, where's the source of your big belly? Is it out yet? Oh and how was your last orgasm, wished you well but never got an update. Your* |

| | | Applies UTC is +7 from MST) | *tits seem bigger, can't tell if it's because your midriff is flatter or you're full of milk. Send an update aye? Miss hearing from you"* |
|---|---|---|---|

29.     As part of my investigation, on January 30, 2025, I sent a preservation request to Ad Hoc Labs, Inc. requesting the preservation of any information associated with SUBJECT ACCOUNT 1 and SUBJECT USER ID.

30.     On February 4, 2025, ▮▮▮▮▮ contacted your Affiant after received a series of threatening messages from telephone number 520-264-3601.  The message content contained the following:

- *"If you do so much to avoid this and make what's been routine for years needlessly complicated, why were you acting pregnant? You've had people ready to do that to you for a long time, even a bunch I don't know. You report shit, file shit you know won't work, waste our time, whine and complain, then make people think you're pregnant on purpose. What's the deal, you figured you'd rather get pregnant yourself than have me do it to you lol? Or you finally realize how hot you are filled up?"*

- *"Maybe I should be nice if you had a hard time or lost the baby or something. You're a sex icon now though, I don't even have to watch you myself. Well here's to when you're actually pregnant, or force filled with something else. If you want your uterus satisfied just let your fans take care of it. Your acting or tragedies or resistance is always going to be a waste of time."*

- *"Oh and thanks for not learning anything from what the others did to you. The tracking you do on your husband will help a lot once the right opening comes up."*

- *Who you sending these screenshots to lady? Your ugle geek pal Jeremiah, the useless federal fuckers, Kamoron, Hannah, sierra, Kaylah Amanda, or maybe your big tough coach?*

31.     On February 7, 2025, your Affiant executed a search warrant for the account information on SUBJECT USER ID and SUBJECT ACCOUNT 1 to Ad Hoc Labs, Inc. (MJ-25-4-M-KLD).  The full return for this warrant is pending a response from Ad Hoc Labs.

32.     In the early hours of February 9, 2025, your Affiant was contacted by CHLOE and learned that someone fired gunshots into her apartment.  In addition, your Affiant learned that ███████'s husband was out of town for the weekend, STARR spent the night on ███████'s couch the night of the shooting, and that prior to calling 911, STARR returned fire with a handgun.  Flathead County Sheriff's Deputies responded, interviewed ███████ and STARR, and processed the scene.

33.     After learning of the shooting inside ███████'s residence and the fact that STARR was not only present, but also discharged a firearm, your Affiant believed ███████ was in imminent danger and sent an Emergency Disclosure Request to Ad Hoc Labs for any account information associated with SUBJECT USER ID/SUBJECT ACCOUNT 1 for the previous 96 hours.  Ad Hoc Labs complied with your Affiant's request.  Your Affiant reviewed the response and observed that telephone number 520-264-3601, which sent ███████ four messages

on February 4, 2025, as referenced above, was also assigned to SUBJECT USER ID/SUBJECT ACCOUNT 1, or STARR.

34.    Your Affiant reviewed a 911 audio recording taken by Flathead County Dispatch at approximately 2:08 a.m. on February 9, 2025.  The 911 call was made by ▮▮▮▮ on ▮▮▮▮'s phone, but after saying there were gunshots at her residence, STARR took over communication with the dispatcher.  STARR reported that he woke up on the living room couch feeling thirsty and heard gunshots coming through the second-floor window in front of him.  STARR traveled around the kitchen island and used his handgun to return fire, sticking his hand outside the window and firing two shots.  At one point during the 911 call, STARR said, "▮▮▮▮ where are you?"  STARR provided his telephone number, SUBJECT ACCOUNT 1, to 911 dispatch.

35.    Your Affiant traveled to Kalispell, Montana, to conduct further investigation.  First, your Affiant interviewed ▮▮▮▮ at her residence.  ▮▮▮▮ stated that her husband returned earlier in the evening but left to go to a hockey game.  ▮▮▮▮ invited STARR over for dinner the previous evening, and when STARR's motorcycle would not start later that evening, ▮▮▮▮ told STARR he could spend the night.  Early in the morning, ▮▮▮▮ awoke to the sound of gunfire and then STARR ran into her room, and they called 911, where they stayed huddled behind ▮▮▮▮'s bed until police arrived.

36.    Your Affiant observed that the window lock latch received damage and upon palpation, a metal piece inside the lock felt indented.  Additionally, there were at least two bullet holes in close proximity surrounded by splintered glass in the double pane window.  During the interview with ████, ████ stated that STARR kept the window cracked open at night.  Flathead County Deputies reported that there was a significant amount of gunshot residue on the inside of the window.  Based on my training and experience, gunshots fired outside of a window or bullets traveling from distance into a window do not leave large residue splashes on the inner glass.  Conversely, if an individual reached outside of a window with a firearm, shot into the middle of the window on an angle and potentially damaging the latch mechanism, and then quickly returned the weapon inside and fired two additional shots – this would leave a large gunshot residue splash on the inner glass.  Throughout the entirety of the living room, your Affiant did not observe any readily obvious damage consistent with bullet holes.  ████ pointed to a small piece of drywall above the couch where STARR was sleeping that had not been present before the incident.  If an individual did fire one round from an angle back into the residence by sticking their hand outside of the window, a bullet fragment could ricochet in the general trajectory of this drywall fragment.

37.    Your Affiant asked ████ if your Affiant could review ████'s phone.  ████ provided verbal consent, unlocked her phone, and provided it to

19

your Affiant. Your Affiant observed lengthy messages between ████ and STARR on ████'s Signal application, which your Affiant knows is one of the few communication applications ████ currently uses. These messages generally involved concern about each other's well-being. Of note, there were messages exchanged between ████ and STARR that stated, "I love you" and "I love you too." ████ and STARR are not married and are not siblings.

38. After coordinating with STARR to meet for an interview, Your Affiant and an FBI Task Force Officer (TFO) also interviewed STARR at 571 Swan River Road, Bigfork, MT, which is where STARR was currently keeping his camper trailer. Three Flathead County Sheriff's Deputies were also present during the interview. The property was owned by a third party. Prior to STARR's arrival at the residence, the third-party owner told your Affiant that STARR sometimes stayed or worked in the downstairs apartment. Upon STARR's arrival at the house, your Affiant asked STARR if he wanted to speak outside, in his trailer, or inside the residential apartment. The temperature at the time of the interview was approximately 10 degrees. STARR led investigators into third-party apartment. Your Affiant also observed an additional firearm that law enforcement learned ████ provided to STARR after local law enforcement seized the first firearm from STARR at ████'s residence.

20

39.     STARR told investigators that he usually lived in the rear most trailer on the property, which your Affiant can identify by possessing a red "Merry Christmas" sign outside.  STARR stated that the other trailer was his wood working shop.  This trailer appeared to be partially buried in snow.

40.     STARR arrived with a grey satchel containing **Device 2, Device 3, and Device 4.**  Due to the cyber security nature of the case, your Affiant asked STARR to take out his cell phone, or **Device 1,** unlock it, and to put it into airplane mode.  STARR also provided the pin to his phone.  STARR was read and then signed an FBI Consent to Search form for **Device 1**.

41.     During the interview, STARR repeated the story regarding waking up to gunshots, reaching down for his firearm, and returning fire.  Throughout the entirety of the interview, STARR maintained that he was only trying to help the person he loves, whom he referred to as both his best friend and his sister.  At one point, STARR stated, "I don't have guilt for hurting someone I love."  STARR was admonished for continuing to lie to federal investigators despite being presented with the evidence.  STARR refused to sign the 1001 Admonishment Form, but continued throughout the interview maintaining STARR would never do anything to hurt his "family."

42.     Your Affiant and STARR talked about the history of the case, STARR's relationship with _____ and the nature of the threats escalating.

STARR stated that he paid for a VPN service through Nord VPN, which your Affiant knows is the VPN service for the IP address associated with the registration of SUBJECT USER ID with Ad Hoc Labs. STARR also stated that he was familiar with the Burner phone application because he has used it in the past on **Device 1**. Your Affiant looked in **Device 1** and could not locate the Burner app. After questioning the absence of this app, STARR told your Affiant that he deleted the Burner app from his phone earlier this past week. Of note, SUBJECT USER ID, or the Burner account set up by STARR, was last active in the app on February 4, 2025, when STARR sent ███████ the messages referenced in paragraph 33.

43. During a discussion about STARR's past efforts to help CHLOE, STARR made reference to images of ██████ that were stored on his hard drives. STARR stated that these hard drives, **Device 2** and **Device 3**, were inside his grey satchel, along with his laptop, **Device 4**. STARR carries and uses **Device 1** to operate the Burner app. STARR also carries around a MacBook Pro laptop, **Device 4,** along with two hard drives, **Device 2 and Device 3**, containing images of CHLOE. At the conclusion of the interview, STARR was arrested for Criminal Endangerment and taken into custody by the Flathead County Sheriff's Office.

44. Based on the foregoing, I submit that there is probable cause to believe that on or about June 1, 2022, and continuing to at least February 9, 2025,

Jeremiah STARR committed the offenses of 18 U.S.C. § 875(c), Interstate

Threatening Communications, and 18 U.S.C. § 2261A, Cyberstalking.

/S/ Thomas Brennan
Thomas Brennan, Affiant
Special Agent, FBI

SUBSCRIBED and SWORN before me consistent with Fed. R. Crim. P. 4.1

on this 10th day of February, 2025.

Kathleen L. DeSoto
United States Magistrate Judge